IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-CV-01356-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 8 2007

GREGORY C. LANGHAM
CLERK

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANIADER OF ADX,
LT. CRAIG OF ADX,
OFFICER COLLINS OF ADX,
OFFICER DAVIS OF ADX,
OFFICER GOFF OF ADX,
OFFICER HOLCOMB OF ADX,
OFFICER JARBON OF ADX,
OFFICER JETT OF ADX,
OFFICER POTTER OF ADX,
OFFICER MADDONA OF ADX,
OFFICER SIDESINGER OF ADX, and
OFFICERS UNKNOWN AND/OR UNIDENTIFIED EMPLOYED AT ADX,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Plaintiff's Motion Requesting Court Order to Seal Court Proceedings, Papers and Documents Pursuant to D.C. COLO.LCivR 7.2; and 7.3, a Plaintiff's Good Faith Certification, a Plaintiff's Motion to Grant Writ and Issue and Order for Respondents to Show Cause, a Plaintiff's Motion Reqeusting Court to Order

Respondents to Administer a Polygraph Test on Plaintiff Pursuant to Program Statement No. 5110.13, a Plaintiff's Motion for Order Consolidating Fees Incurred in This Action With Prior Outstanding PLRA Obligations Under Title 42 U.S.C. § 1997 (E), a Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to Title 28 U.S.C. §1915, a Prisoner Complaint, and a Writ of Mandamus Pursuant to Title 28 U.S.C §1361; and Preliminary and Declaratory Relief Per Federal Rules of Civil Procedures, Rule 65(A); and Title 28 U.S.C. §2202 (Pub.L. 87-748, §1 (A) Oct. 5, 1962, 76 STAT. 744); (June 25, 1948, C.646, 62 STAT.964). As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted does not cover the entire 6-month period</u>.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other: _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner

(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff's Motion Requesting Court Order to Seal Court Proceedings, Papers and Documents Pursuant to D.C. COLO.LCivR 7.2; and 7.3 is denied. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 25th day of June, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-01356-BNB

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/28/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk