IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01356-BNB

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER GOFF, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX, and
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Plaintiff's Motion to Grant Writ and Issue an Order for Respondents to Show Cause" (docket #6) filed on June 28, 2007, is DENIED. "Plaintiff's Motion Requesting Court to Order Respondents to Administer a Polygraph Test on Plaintiff Pursuant to Program Statement No. 5110.13" (docket #7) filed on June 28, 2007, is DENIED. "Plaintiff's Motion for Order Consolidating Fees Incurred in This Action with Prior Outstanding PLRA Obligations Under Title 42 U.S.C. § 1997(e)" (docket #9) filed on June 28, 2007, is DENIED. "Plaintiff's Motion to Seal Portion of Papers and Documents Pursuant to D.C.COLO.LCivR 7.2; and 7.3" (docket #19) filed on August 2, 2007, is DENIED.

Dated: August 9, 2007

Copies of this Minute Order mailed on August 9, 2007, to the following:

Jose vega
Reg. No. 45189-053
ADX- Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk