IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 6 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01356-BNB

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER GOFF, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX, and
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Plaintiff's Renewed Motion Requesting Court to Enter Order Consolidating Court Fees, Per Title 28 U.S.C. § 1915 et seq." (docket #24) filed on August 8, 2007, is DENIED. "Plaintiff's Motion for Enlargement of Time Pursuant to: Fed. R. Civ. P. 6(B), Title 28 U.S.C. to Comply With Court Order Dated August 1, 2007" (docket #25) filed on August 8, 2007, is GRANTED. Plaintiff shall have up to and including **September 28, 2007**, either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

Dated: August 16, 2007

---

Copies of this Minute Order mailed on August 16, 2007, to the following:

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk