IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01356-BNB

JOSE VEGA,

      Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER GOFF, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX, and
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 5 2007

GREGORY C. LANGHAM
                    CLERK

---

## ORDER

---

Plaintiff Jose Vega has filed *pro se* three separate motions seeking preliminary injunctive relief in this action. The court must construe the motions liberally because Mr. Vega is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the motions will be denied.

On June 25, 2007, Mr. Vega filed a "Motion Requesting Honorable Court to Take Judicial Notice and to Enter Order Under Exigent Circumstances" in which he requests

Case 1:07-cv-01356-LTB-KMT   Document 34   Filed 08/15/07   USDC Colorado   Page 2 of 4

a preliminary injunction directing prison officials to cease their acts of misconduct and implement health and sanitary procedures for the foods he is served. On July 23, 2007, Mr. Vega filed "Plaintiff's Motion for Court Order Pursuant to Title 28 U.S.C. §§ 452; 636 (2006)" in which he requests a preliminary injunction ordering Defendants to cease their retaliatory acts against him. On August 2, 2007, Mr. Vega filed "Plaintiff's Motion for Administrative and Procedural Order" in which he again requests a preliminary injunction directing prison officials to cease their acts of misconduct.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Vega fails to show that he will suffer irreparable injury if no preliminary injunction is entered in this action. Therefore, the motions seeking preliminary injunctive relief will be denied. Accordingly, it is

ORDERED that the "Motion Requesting Honorable Court to Take Judicial Notice and to Enter Order Under Exigent Circumstances" filed on June 25, 2007, "Plaintiff's Motion for Court Order Pursuant to Title 28 U.S.C. §§ 452; 636 (2006)" filed on July 23, 2007, and "Plaintiff's Motion for Administrative and Procedural Order" filed on August 2, 2007, are denied.

DATED at Denver, Colorado, this _15_ day of ___August___, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01356-BNB

Jose Vega
Reg. No. 45189-053
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___8|15|7___

GREGORY C. LANGHAM, CLERK

By:___*angie*___
Deputy Clerk