IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01356-BNB

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER GOFF, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX, and
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 4 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Plaintiff's Motion For Appointment of Counsel" filed on August 17, 2007, is DENIED as premature. "Plaintiff's Motion Requesting Declaratory Judgment Pursuant to Fed. R. Civ. P. 57, 28 U.S.C.A. (2006 Ed.)" filed on August 20, 2007, is DENIED.

Dated: August 24, 2007

---

Copies of this Minute Order mailed on August 24, 2007, to the following:

Jose Vega
Reg. No. 45189-053
ADX – Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk