## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01356-BNB

JOSE VEGA,
    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER GOFF, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX,
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX, and
UNITED STATES BUREAU OF PRISONS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 1 2007

GREGORY C. LANGHAM
    CLERK

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

"Plaintiff's Motion Requesting Entry of New Judgment . . ." filed on September 24, 2007, is DENIED. "Plaintiff's Motion for Amended and Supplemental Pleadings Pursuant to Fed. R. Civ. P., Rule 15, et seq., 28 U.S.C.A." filed on September 26, 2007, is GRANTED. The clerk of the court is directed to add the United States Bureau of Prisons as a Defendant in this action.

Dated: October 1, 2007

Copies of this Minute Order mailed on October 1, 2007, to the following:

Jose Vega
Reg. No. 45189-053
ADX – Florence
PO Box 8500
Florence, CO 81226

                                  Secretary/Deputy Clerk