IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01356-LTB-MEH

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2007.**

    Plaintiff's Motion Pursuant to Title 28 U.S.C. § 452, Requesting Court to Issue an Order for Defendant Wiley to Reinstate Plaintiff's Phone Privileges; or Alternatively, Allow Plaintiff to Communicate with Civilians Likely to be His Witnesses in this Civil Rights Action [filed November 26, 2007; doc 99] is **denied**. The Motion is in the nature of a motion to compel commencement of discovery in this matter. Defendants have only recently been served and no one has yet appeared as representatives for the Defendants. Plaintiff provides no indication that he made his request to Defendant Wiley and was denied, nor does he provide any certification under the Local Rules of this Court that he conferred with Defendant Wiley or his counsel prior to filing the Motion. The schedule for the parties' requests for discovery will be discussed at the Preliminary Scheduling/Status Conference scheduled for January 29, 2008 at 9:30 a.m. in this matter.