**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01356-LTB-MEH

JOSE VEGA,

      Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX,
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX, and
UNITED STATES BUREAU OF PRISONS,

      Defendants.
_____

**ORDER**
_____

      This case is before me on the Recommendation of the Magistrate Judge that Plaintiff's Motion [Petition] for Temporary Injunction Pursuant to Fed.R.Civ.P. 65(b)(1) (Doc 80) be denied. Plaintiff has filed specific written objections to the Magistrate Judge's Recommendation. I have therefore reviewed the recommendation *de novo* in light of Plaintiff's objections. Upon *de novo* review, I conclude that the recommendation is correct. Accordingly,

IT IS ORDERED that Plaintiff's Motion [Petition] for Temporary Injunction Pursuant to Fed.R.Civ.P. 65(b)(1) (Doc 80) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: January 8, 2008