IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01356-LTB-KMT

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX,
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX, and
UNITED STATES BUREAU OF PRISONS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Defendants' Motion to Stay Discovery" (#170, filed March 11, 2008) is **GRANTED**. Discovery is stayed until October 1, 2008.

"Plaintiffs' [sic] Motion Requesting Court to Hold Plaintiffs [sic] Motion, Docket Entry No. 144 in Abeyance to Courts' [sic] Decision On His Motion For Continuance To Conduct Discovery" (#172, filed March 18, 2008) is **DENIED** as moot.

"Plaintiffs' [sic] Motion Requesting Order Pursuant To Title 28 U.S.C. § 452" (#176, filed March 31, 2008) is **DENIED**.  The court declines to interfere in the day-to-day activities of prison administration.


Dated: June 25, 2008