IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01356-LTB-KMT

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX,
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX, and
UNITED STATES BUREAU OF PRISONS,

    Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiffs' Motion to be Pardoned for the Month's' PLRA Fee for Reason that he is Insolvent, and Therefor, Cannot Pay Month Fee as Required" [sic] (#193, filed July 21, 2008) is GRANTED in part. The show cause order issued on June 25, 2008 is VACATED. However, Plaintiff is not excused from the requirement either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. Plaintiff is ORDERED to file a certified copy of his inmate trust fund account statement each month he is unable to make a monthly payment. Plaintiff is again warned that a

failure to comply with the requirements of § 1915(b)(2) may result in the dismissal of this civil action.

Dated: August 5, 2008