IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01356-LTB-MEH

JOSE VEGA,

    Plaintiff,

v.

R. WILEY, Warden of ADX,
CAPTAIN CASSANEADER, of ADX,
LT. CRAIG, of ADX,
OFFICER COLLINS, of ADX,
OFFICER DAVIS, of ADX,
OFFICER HOLCOMB, of ADX,
OFFICER JARBON, of ADX,
OFFICER JETT, of ADX,
OFFICER POTTER, of ADX,
OFFICER MADDONA, of ADX,
OFFICER SIDESINGER, of ADX,
OFFICERS UNKNOWN AND/OR UNIDENTIFIED, Employed at ADX, and
UNITED STATES BUREAU OF PRISONS,

    Defendants.

___

**ORDER**
___

This case is before me on the Recommendation of the Magistrate Judge that "Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment" (Doc 144) be granted and that this case be dismissed in its entirely for Plaintiff's failure to exhaust his administrative remedies; that "Plaintiff's Motion for Temporary Restraining Order Pursuant to FRCP 65(B)" (Doc 110) be denied; and that "Plaintiff's Motion to Consolidate Civil Action(s) Per Fed.R.Civ.P. Rule 42(a) and in Accordance with the Civil Justice Expense and Reduction Plans Under the Civil Justice Reform Act of 1990; or

Alternatively, Voluntary Dismissal of this Action, Per Fed.R.Civ.P. Rule 41(a)(2), to Allow Plaintiff to Proceed with Undocketed Number [ ] Civil Action" (Doc 190) be denied as moot. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted as follows:

1. Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment" (Doc 144) is GRANTED and this case is DISMISSED in its entirety for Plaintiff's failure to exhaust his administrative remedies.

2. Plaintiff's Motion for Temporary Restraining Order Pursuant to FRCP 65(B)" (Doc 110) is DENIED.

3. Plaintiff's Motion to Consolidate Civil Action(s) Per Fed.R.Civ.P. Rule 42(a) and in Accordance with the Civil Justice Expense and Reduction Plans Under the Civil Justice Reform Act of 1990; or Alternatively, Voluntary Dismissal of this Action, Per Fed.R.Civ.P. Rule 41(a)(2), to Allow Plaintiff to Proceed with Undocketed Number [ ] Civil Action" (Doc 190) is DENIED AS MOOT.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: September 22, 2008